IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE LEONARDO HERNANDEZ-ROMERO,<br><br>Defendant. | 8:25CR77<br><br>ORDER |

On or about June 26, 2025, the government filed a Motion for Preliminary Forfeiture as to defendant Jorge Leonardo Hernandez-Romero. Filing No. 27. The Court, thereafter, filed an order granting said motion. Filing No. 28. On or about September 11, 2025, the government filed a Motion to Strike, Filing No. 30, asking the Court to strike both the original motion, Filing No. 27, and the Court's order, Filing No. 28. After reviewing the motion, the Court determines that it will grant Filing No. 30.

THEREFORE, IT IS ORDERED THAT Filing No. 30, Motion to Strike, is granted, and both Filing Nos. 27 and 28 are stricken.

Dated this 15th day of September, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge